UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DELGADO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:24-cv-01243-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 12) |

Pending before the Court is Plaintiff Juan Delgado's stipulated request to extend the deadline to file a motion for summary judgment, through and including March 17, 2025.  (Doc. 12).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED: (1) Plaintiff shall file a motion for summary judgment by no later than **March 17, 2025**, (2) Defendant shall file its cross-motion for summary judgment no later than **30 days after** service of Plaintiff's motion, and (3) Plaintiff shall file any optional reply brief no later than **14 days after** filing of Defendant's cross-motion.  *See* (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **January 2, 2025**                               _____
UNITED STATES MAGISTRATE JUDGE