UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN DELGADO,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:24-cv-01243-KES-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 16) |

Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment, from April 16, 2025, to May 16, 2025. (Doc. 16). Counsel for Defendant provides that additional time is needed to explore options for settlement of the action. (*See id.*).

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED, Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **May 16, 2025**. Plaintiff shall file any optional reply consistent with the provisions set forth in the scheduling order (Doc. 5 at 2).

IT IS SO ORDERED.

Dated:   **April 16, 2025**                                   _____
                                                              UNITED STATES MAGISTRATE JUDGE